No. 118. MISSOURI PACIFIC RAILWAY COMPANY v. SIMMONS, Administrator of Campbell, argued and decided with this case, and reported below in 121 Missouri, 340, was substantially similar, and in that case also the

*Judgment is affirmed.*

Mr. *David D. Duncan*, Mr. *John F. Dillon* and Mr. *Winslow F. Pierce* for plaintiff in error.

Mr. *W. M. Williams* for defendant in error.